NUMBER 13-05-749-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

ROEL PENA AND AVENTIS PHARMACEUTICALS, 
INC.,                                                                                           Appellants,

v.

ANGEL ELISEO CHACON AND SHEILA MORDAN, 
INDIVIDUALLY AND AS NEXT FRIENDS OF DESTINY 
NICOLE CHACON, A MINOR,                                                    Appellees.
________________________________________________________

On appeal from the 139th District Court 
of Hidalgo County, Texas.
________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam

          Appellants, ROEL PENA AND AVENTIS PHARMACEUTICALS, INC., perfected an
appeal from a judgment entered by the 139th District Court of Hidalgo County, Texas, in
cause number C-750-04-C. After the record was filed, the parties filed a joint motion to
set aside the trial court’s judgment and remand the cause pursuant to settlement
agreement. In the motion, the parties state that they have agreed to a compromise
settlement of the controversy on which the trial court’s judgment is based, and the appeal
is therefore moot. The parties request that the trial court’s judgment be set aside without
regard to the merits and that the cause be remanded to the trial court for further
proceedings and disposition in accordance with their agreement.
          The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint motion
is granted, and the judgment of the trial court is hereby REVERSED and the cause is
REMANDED to the trial court in accordance with the parties’ settlement agreement.  
                                                                                                 PER CURIAM
Memorandum Opinion delivered and filed 
this the 28th day of September, 2006.